## Peoples Bank, in Possession of Secretary of Banking, Appellant, v. McDowell National Bank.

Argued March 14, 1932.   Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER and MAXEY, JJ.

*Thomas H. Armstrong,* for appellant.

*Louis J. Wiesen,* for appellee, was not heard.

Per Curiam, May 14, 1932:
The judgment is affirmed upon the opinion of the Superior Court.